Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Tx 79022

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 08 2015
Abel Acosta, Clerk

77,577-04

June 3, 2015

Court of Criminal Appeals
Office of the Clerk
P.O. BOX 12308
Capitol Station
Austin, Tx 78711

Dear Sir or Madam,

RE: REQUESTING ACKNOWLEDGEMENT RECEIPT OF MY OBJECTION TO THE TRIAL COURT'S FINDINGS AND CONCLUSIONS OF SUBSEQUENT WRIT APPLICATION IN *Ex parte Chande*, Trial Case No. 2012-338-C1D

Refers to the above-entitled. On June 1, 2015, I sent my objection to the trial court's findings and conclusions on my subsequent writ application to ~~whic~~ your office. The trial court recommended a dismissal of my application. Because I sent my objection to your office without the benefit of a "writ case number from your Court" in this case, thus, I respectfully requests a copy of an acknowledgement receipt of my objection for my own records.

Thank you in advance for your attention in this matter.

Truly Yours,

Hamis Chande